UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ARTURO TORRES and ROSA MARIA :
JAQUEZ QUEZADA, :
                Plaintiffs, :
v. :
 :
UNITED STATES DEPARTMENT OF :
HOMELAND SECURITY; CHAD WOLF; :    **ORDER**
UNITED STATES CUSTOMS AND :
BORDER PROTECTION; MARK A. :    20 CV 3737 (VB)
MORGAN; UNITED STATES :
CITIZENSHIP & IMMIGRATION :
SERVICES; L. FRANCIS CISSNA; UNITED :
STATES DEPARTMENT OF STATE; and :
MIKE POMPEO, :
                Defendants. :
--------------------------------------------------------------x

      On May 14, 2020, plaintiffs Arturo Torres and Rosa Maria Jaquez Quezada commenced the instant action against defendants United States Department of Homeland Security, Chad Wolf, United States Customs and Border Protection, Mark A. Morgan, United States Citizenship & Immigration Services, L. Francis Cissna, United States Department of State, and Mike Pompeo. (Doc. #1).

      On June 4, 2020, the Clerk of Court issued a summons as to defendants. (Doc. #6). However, there is no indication on the docket that defendants have been served in accordance with Fed. R. Civ. P. 4, and defendants have not appeared in this case.

      Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before August 24, 2020, plaintiffs either: (i) file to the ECF docket proofs of service, indicating defendants were served on or before August 12, 2020, in accordance with Rule 4(m); or (ii) show good cause in writing for their failure to comply with Rule 4(m).

Dated: August 17, 2020
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge