UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ARTURO TORRES and ROSA MARIA
JAQUEZ QUEZADA,
                  Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; CHAD WOLF,
Acting Secretary, United States Department of
Homeland Security; UNITED STATES
CUSTOMS AND BORDER PROTECTION;
MARK A. MORGAN, Acting Commissioner,
United States Customs and Border Protection;
UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES; L. FRANCIS
CISSNA, Director, United States Citizenship and
Immigration Services; UNITED STATES
DEPARTMENT OF STATE; and MIKE
POMPEO, Secretary, United States Secretary of
State,
                  Defendants.
--------------------------------------------------------------x



**ORDER**

20 CV 3737 (VB)

       On May 14, 2020, plaintiffs Arturo Torres and Rose Maria Jaquez Quezada commenced the instant action against defendants U.S. Department of Homeland Security; Chad Wolf, Acting Secretary, U.S. Department of Homeland Security; U.S. Customs and Border Protection; Mark A. Morgan, Acting Commissioner, U.S. Customs and Border Protection; U.S. Citizenship & Immigration Services; L. Francis Cissna, Director, U.S. Citizenship and Immigration Services; U.S. Department of State; and Mike Pompeo, Secretary, U.S. Secretary of State. (Doc. #1).

       On June 4, 2020, the Clerk of Court issued a summons as to defendants. (Doc. #6).

       On August 21, 2020, plaintiffs docketed a proof of service (Doc. #8), indicating service, via certified mail and return receipt requested, on defendants as follows:

| Party Served | Service Address |
|---|---|
| U.S. Department of Homeland Security | Office of the General Counsel<br>U.S. Department of Homeland Security<br>2707 Martin Luther King Jr. Ave, SE<br>Mail Stop 0485<br>Washington, D.C. 20528-0485 |

1

| | |
|---|---|
| Chad Wolf, Acting Secretary,<br>U.S. Department of Homeland Security | Office of the General Counsel<br>U.S. Department of Homeland Security<br>2707 Martin Luther King Jr. Ave, SE<br>Mail Stop 0485<br>Washington, D.C.  20528-0485 |
| U.S. Customs and Border Protection | Office of the Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue, Suite 4.4-B<br>Washington, D.C.  20229 |
| Mark A. Morgan, Acting Commissioner,<br>U.S. Customs and Border Protection | Office of the Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Avenue, Suite 4.4-B<br>Washington, D.C.  20229 |
| U.S. Citizenship and Immigration Services | USCIS Office of the Chief Counsel<br>20 Massachusetts Avenue, NW<br>Room 4210<br>Washington, D.C.  20520 |
| L. Francis Cissna, Director,<br>U.S. Citizenship and Immigration Services | USCIS Office of the Chief Counsel<br>20 Massachusetts Avenue, NW<br>Room 4210<br>Washington, D.C.  20520 |
| U.S. Department of State | Attorney General<br>950 Pennsylvania Avenue<br>Washington, D.C.  20530-0001 |
| Mike Pompeo, Secretary of State | Attorney General<br>950 Pennsylvania Avenue<br>Washington, D.C.  20530-0001 |

From the face of the affidavit of service, it appears plaintiffs have failed properly to serve process in this case. "To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(2).

To serve the United States, a party must:

> (A) (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

    (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1).

    Accordingly, by <u>September 22, 2020</u>, plaintiffs are ORDERED to notify the Court in writing as to whether each defendant was properly served pursuant to Fed. R. Civ. P. 4(i)(1) and 4(i)(2).

    **<u>If plaintiffs fail to satisfy this deadline, the Court may dismiss the case without prejudice for failure to serve process within 90 days after the complaint was filed and/or for failure to prosecute or comply with court orders.  Fed. R. Civ. P, 4(m) and 41(b).</u>**

Dated: September 15, 2020
       White Plains, NY

                                            SO ORDERED:

                                            *[signature]*

                                            Vincent L. Briccetti
                                            United States District Judge